MORRIS KRAUS, an Infant, by JOE KRAUS, His Guardian ad Litem, Appellant, *v.* QUEENS COUNTY WATER COMPANY, Respondent, Impleaded with Others.

*Negligence — nuisance — child injured by breaking through cover of barrel sunk in earth — insufficiency of evidence.*

*Kraus* v. *Queens County Water Co.*, 188 App. Div. 557, affirmed.

(Argued March 16, 1921; decided April 19, 1921.)

APPEAL from a judgment entered July 18, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a child five years of age, while walking through an alley adjoining her residence stepped upon the cover of a barrel which had been sunk into the ground and which contained one of the defendant's water meters and, the cover breaking, fell into the barrel receiving the injuries complained of. The Appellate Division dismissed the complaint upon the ground that there was no evidence to submit to the jury " either upon the theory of negligence or of nuisance."

*L. Lloyd Brown* and *Nathaniel Tonkin* for appellant.
*Thaddeus G. Cowell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.